1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOON SIK LEE,                      ) | Case No.: CV 09-4081 DSF (RZx) |
|             Plaintiff,           ) | |
|       vs.                              ) | JUDGMENT |
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver for ) <br> Washington Mutual Bank; ) <br> JPMORGAN CHASE NATIONAL ) <br> CORPORATE SERVICES, INC., a ) <br> California corporation; and DOES 1 - ) <br> 10, inclusive,                        ) | |
|             Defendants.        ) <br> _____ ) | |

     On February 1, 2010, the Court, the Honorable Dale S. Fischer, District Judge, Presiding, dismissed this case due to failure to properly serve the defendants within the time allocated by the order of the Court.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated:   2/1/10                                                              Dale S. Fischer  
                                                                        United States District Judge